■ DOROTHY T. FALES et al., Respondents, v. EDWARD S. WITKOWSKI et al., Appellants, et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.